**Exhibit I**

# Chuck Fryberger Films LLC, DBA Sparkshop

5070 Benton Way
Denver, CO 80212

Phone #   303-825-0366   Chuck@sparkshopcreative.com
www.chuckfryberger.com

VOID 07/20/2012

| Date | Invoice # |
|---|---|
| 7/10/2012 | 953 |

**Bill To**

Trip Television
Kulin Strimbu
7200 S Alton Way #A198
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Trip TV Post Production | 20 | Post Production services for Trip TV | 350.00 | 7,000.00 |

International:
Wire Routing Transit Number: 121000248
SWIFT Code: WFBIUS6S
Bank Name: Wells Fargo Bank
City, State: San Francisco, CA
Account Number: 8482527648
Title of Account: Business Checking

**Total**   USD 7,000.00

# Chuck Fryberger Films LLC, DBA Sparkshop

5070 Benton Way
Denver, CO 80212

Phone #   303-825-0366   Chuck@sparkshopcreative.com
www.chuckfryberger.com

**PAID 12/31/2012**

Invoice

| Date | Invoice # |
|---|---|
| 7/17/2012 | 959 |

**Bill To**

Trip Television
Kulin Strimbu
7200 S Alton Way #A198
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Production Services | 0.25 | Advance on Jamaica Production. July - Aug 2012 | 12,350.00 | 3,087.50 |
| Production Services | 0.25 | 1/2 way payment for Jamaica | 12,350.00 | 3,087.50 |
| Production Services | 0.5 | Final balance for Jamaica shooting, payable upon successful completion and delivery | 12,350.00 | 6,175.00 |
| Credit Card Fees | 0.02 | Fees to be recouped from Credit Card transaction | 12,350.00 | 247.00 |

International:
Wire Routing Transit Number: 121000248
SWIFT Code: WFBIUS6S
Bank Name: Wells Fargo Bank
City, State: San Francisco, CA
Account Number: 8482527648
Title of Account: Business Checking

**Total** USD 12,597.00

# Chuck Fryberger Films LLC, DBA Sparkshop

5070 Benton Way
Denver, CO 80212

Phone #   303-825-0366   Chuck@sparkshopcreative.com
www.chuckfryberger.com

**PAID 09/07/2012**

Invoice

| Date | Invoice # |
|---|---|
| 8/29/2012 | 969 |

| Bill To |
|---|
| Trip Television |
| Kulin Strimbu |
| 7200 S Alton Way #A198 |
| Centennial, CO 80112 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Production Services | 1 | August Production Services for Trip Television | 20,000.00 | 20,000.00 |
| Discount | 1 | Discount for Advance Payment | -7,000.00 | -7,000.00 |

International:
Wire Routing Transit Number: 121000248
SWIFT Code: WFBIUS6S
Bank Name: Wells Fargo Bank
City, State: San Francisco, CA
Account Number: 8482527648
Title of Account: Business Checking

| Total | USD 13,000.00 |
|---|---|

# Chuck Fryberger Films LLC, DBA Sparkshop

5070 Benton Way  
Denver, CO 80212

Phone # 303-825-0366  Chuck@sparkshopcreative.com  
www.chuckfryberger.com

| Date | Invoice # |
|---|---|
| 9/30/2012 | 972 |

VOID 11/14/2012

**Bill To**

Trip Television  
Kulin Strimbu  
7200 S Alton Way #A198  
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Trip TV Post Production | 1 | Monthly Retainer - Tier 2 | 18,000.00 | 18,000.00 |
| Finished Minutes | 12 | Project # MTS- 001 - C,D,E,F | 100.00 | 1,200.00 |
| Finished Minutes | 18 | Project # MTS-001-H,I | 100.00 | 1,800.00 |
| Graphics Only | 5 | Videos requiring only graphics - Appl-001-A (atlantis sub, Cruiser Phil, Gemini Snorkel) | 50.00 | 250.00 |
| Finished Minutes | 1.7 | Project # APPL-002-A | 100.00 | 170.00 |
| Finished Minutes | 2.05 | Project # Appl-002-B | 100.00 | 205.00 |
| Finished Minutes | 1.93 | Project # Appl-002-C | 100.00 | 193.00 |
| Finished Minutes | 2.05 | Project # Appl-002-H | 100.00 | 205.00 |
| Finished Minutes | 17.92 | Project # Appl-003-A | 100.00 | 1,792.00 |
| Finished Minutes | 1.68 | Project # Appl 003-c Xihuacan Arch tour | 100.00 | 168.00 |
| Finished Minutes | 1.5 | Project # Appl 003-c Playa Larga horseback Riding | 100.00 | 150.00 |
| Finished Minutes | 1.93 | Project # Appl 003-c Ixtapa Wildlife Refuge | 100.00 | 193.00 |
| Finished Minutes | 8.52 | Project # Appl-004-A | 100.00 | 852.00 |
| Finished Minutes | 5.75 | Project # APPL-004-B | 100.00 | 575.00 |
| Finished Minutes | 3.78 | Project # APPL-004-C | 100.00 | 378.00 |
| Finished Minutes | 1.68 | Project # APPL-004-D | 100.00 | 168.00 |
| Finished Minutes | 2.15 | Project # APPL-005-A | 100.00 | 215.00 |
| Finished Minutes | 2.05 | Project # APPL-005-F | 100.00 | 205.00 |
| Finished Minutes | 2.05 | Project # APPL-008-A | 100.00 | 205.00 |
| Finished Minutes | 2.02 | Project # APPL-011-C | 100.00 | 202.00 |
| Finished Minutes | 2.07 | Project # APPL-011-E | 100.00 | 207.00 |

International:  
Wire Routing Transit Number: 121000248  
SWIFT Code: WFBIUS6S  
Bank Name: Wells Fargo Bank  
City, State: San Francisco, CA  
Account Number: 8482527648  
Title of Account: Business Checking

**Total** USD 27,333.00

# Chuck Fryberger Films LLC, DBA Sparkshop

5070 Benton Way
Denver, CO 80212

Phone #   303-825-0366   Chuck@sparkshopcreative.com
www.chuckfryberger.com

Invoice

| Date | Invoice # |
|---|---|
| 10/31/2012 | 977 |

PAID
05/03/2013

**Bill To**

Trip Television
Kulin Strimbu
7200 S Alton Way #A198
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Trip TV Post Production | 1 | Monthly Retainer - Tier 2 | 18,000.00 | 18,000.00 |
| Preproduction Services | 70 | Preproduction and planning during September | 20.00 | 1,400.00 |
| Preproduction Services | 93 | Preproduction and planning during October | 20.00 | 1,860.00 |
| Production Services | 10 | CFF Production Services for Mexico - OCT (Full Video Crew and Red Epic - Nick, Kyle, Cat) | 400.00 | 4,000.00 |
| Production Services | 10 | CFF Production Services for Mexico - OCT (Jessica as producer on Firestone's team) | 133.00 | 1,330.00 |
| Travel Expenses | 1 | Petty Cash for Nick Owen - distributed on Oct 22nd | 600.00 | 600.00 |
| Finished Minutes | 1.7 | Project # APPL 002-A Property Overview | 100.00 | 170.00 |
| Finished Minutes | 2.05 | Project # APPL 002-B Property Overview | 100.00 | 205.00 |
| Finished Minutes | 0.88 | Project # APPL 002-B Golf and Activity | 100.00 | 88.00 |
| Finished Minutes | 1.93 | Project # APPL 002-C Property Overview | 100.00 | 193.00 |
| Finished Minutes | 2.1 | Project # APPL 002-D Apple Overview | 100.00 | 210.00 |
| Finished Minutes | 2.1 | Project # APPL 002-D Property Overview (Graphics Change) | 50.00 | 105.00 |
| Finished Minutes | 1.07 | Project # APPL 002-D Weddings | 100.00 | 107.00 |
| Finished Minutes | 1 | Project # APPL 002-D Now Spa | 100.00 | 100.00 |
| Finished Minutes | 1 | Project # APPL 002-E Spa | 100.00 | 100.00 |
| Finished Minutes | 1.07 | Project # APPL 002-E Weddings | 100.00 | 107.00 |
| Finished Minutes | 2.02 | Project # APPL 002-F Apple Overview | 100.00 | 202.00 |
| Finished Minutes | 2.02 | Project # APPL 002-F Property Overview (graphics change) | 50.00 | 101.00 |
| Finished Minutes | 0.98 | Project # APPL 002-F Restaurants | 100.00 | 98.00 |
| Finished Minutes | 1.18 | Project # APPL 002-H Dream Weddings | 100.00 | 118.00 |
| Finished Minutes | 2.28 | Project # APPL 002-I Apple Overview | 100.00 | 228.00 |
| Finished Minutes | 2.38 | Project # APPL 002-I Property Overview | 100.00 | 238.00 |
| Finished Minutes | 1.23 | Project # APPL 002-I Secrets Weddings | 100.00 | 123.00 |
| Finished Minutes | 0.75 | Project # APPL 002-I Secrets Spa | 100.00 | 75.00 |
| Finished Minutes | 1.8 | Project # APPL 003-C Delfiniti Dolphin Tour | 100.00 | 180.00 |
| Finished Minutes | 1.07 | Project # APPL 004-A Stroll Down the Malecon | 100.00 | 107.00 |

International:
Wire Routing Transit Number: 121000248
SWIFT Code: WFBIUS6S
Bank Name: Wells Fargo Bank
City, State: San Francisco, CA
Account Number: 8482527648
Title of Account: Business Checking

**Total**

## Chuck Fryberger Films LLC, DBA Sparkshop

5070 Benton Way  
Denver, CO 80212

Phone #   303-825-0366   Chuck@sparkshopcreative.com  
www.chuckfryberger.com

PAID  
05/03/2013

| Date | Invoice # |
|---|---|
| 10/31/2012 | 977 |

**Bill To**

Trip Television  
Kulin Strimbu  
7200 S Alton Way #A198  
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Finished Minutes | 1.06 | Project # APPL 004-A Downtown Puerto Vallarta | 100.00 | 106.00 |
| Finished Minutes | 2.15 | Project # APPL 005-A Property Overview | 100.00 | 215.00 |
| Finished Minutes | 1.42 | Project # APPL 005-A Family Experience | 100.00 | 142.00 |
| Finished Minutes | 1.62 | Project # APPL 005-A Iberostar Complex Experience | 100.00 | 162.00 |
| Finished Minutes | 1.05 | Project # APPL 005-A Golf Feature | 100.00 | 105.00 |
| Finished Minutes | 1.08 | Project # APPL 005-A Spa Feature | 100.00 | 108.00 |
| Finished Minutes | 2.13 | Project # APPL 011-C Brand Overview | 100.00 | 213.00 |
| Finished Minutes | 1.88 | Project # APPL 013 Appleton Estate Rum Tour | 100.00 | 188.00 |
| Finished Minutes | 1.93 | Project # APPL 013 Bamboo Beach Club | 100.00 | 193.00 |
| Finished Minutes | 1.92 | Project # APPL 013 Bob Marley Tour | 100.00 | 192.00 |
| Finished Minutes | 2 | Project # APPL 013 Dolphin Cove | 100.00 | 200.00 |
| Finished Minutes | 16.57 | Project # APPL 014 Nick Owen B-Roll Request | 100.00 | 1,657.00 |

International:  
Wire Routing Transit Number: 121000248  
SWIFT Code: WFBIUS6S  
Bank Name: Wells Fargo Bank  
City, State: San Francisco, CA  
Account Number: 8482527648  
Title of Account: Business Checking

| Total | USD 33,526.00 |
|---|---|

# Chuck Fryberger Films

1425 W. 13th Ave
Denver, CO 80204

Phone # 303-825-0366  Chuck@ChuckFryberger.com
www.chuckfryberger.com

| Date | Invoice # |
|---|---|
| 11/30/2012 | 985 |

**Bill To**

Trip Television
Kulin Strimbu
7200 S Alton Way #A198
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Trip TV Post Production | 1 | Post Production services for Trip TV - Monthly Retainer for November - Tier 2 | 18,000.00 | 18,000.00 |
| Production Services | 16 | Days with CFF production crew in Mexico (Nick, Kyle, Cat, Red Epic) | 400.00 | 6,400.00 |
| Production Services | 16 | Days with CFF production crew member in Mexico (Jessica - part of Firestone's team) | 133.00 | 2,128.00 |
| Production Services | 11 | Days with CFF production crew in Mexico (Nelson and PA, with Red One) | 266.00 | 2,926.00 |
| Production Services | 1 | Petty Cash dispensed to Producer Jes Dory for Costa Rica / Panama - disbursed 11/29 | 300.00 | 300.00 |
| Credit Card Fees | 0.5 | Credit Card payment Nov 1 | 140.00 | 70.00 |
| Preproduction Services | 24 | Preproduction and planning - Jes Dory - 3 x 8hr days preproduction for Costa Rica / Panama trip | 20.00 | 480.00 |
| Finished Minutes | 1.02 | Project # APPL-002-B Food and Beverage | 100.00 | 102.00 |
| Finished Minutes | 0.97 | Project # APPL-002-C Weddings and Events | 100.00 | 97.00 |
| Finished Minutes | 2.22 | Project # APPL-002-H Property Overview | 100.00 | 222.00 |
| Finished Minutes | 0.97 | Project # APPL-002-H Dreams Spa | 100.00 | 97.00 |
| Finished Minutes | 1.12 | Project # APPL-002-I Vino Tinto | 100.00 | 112.00 |
| Finished Minutes | 2.5 | Project # APPL-002-J Property Overview (edited by Thom, Graphics by CFF, Billed at 1/2 rate) | 50.00 | 125.00 |
| Finished Minutes | 0.98 | Project # APPL-002-J Family Friendly Vacation | 100.00 | 98.00 |
| Finished Minutes | 0.87 | Project # APPL-002-J Weddings at Sunscape Dorado | 100.00 | 87.00 |
| Finished Minutes | 1.62 | Project # APPL-003-B ATV Jungle Tour | 100.00 | 162.00 |
| Finished Minutes | 1.47 | Project # APPL-003-B Jaunita's Cooking Class | 100.00 | 147.00 |
| Finished Minutes | 1.63 | Project # APPL-003-C Aventura Ziplining | 100.00 | 163.00 |
| Finished Minutes | 1.65 | Project # APPL-003-C Sunset Catamaran | 100.00 | 165.00 |
| Finished Minutes | 1.27 | Project # APPL-003-C Boat Ride to Las Gatas Beach | 100.00 | 127.00 |
| Finished Minutes | 1.18 | Project # APPL-003-C Ixtapa Island | 100.00 | 118.00 |
| Finished Minutes | 1.6 | Project # APPL-003-C Playa Linda Park | 100.00 | 160.00 |

International:
Wire Routing Transit Number: 121000248
SWIFT Code: WFBIUS6S
Bank Name: Wells Fargo Bank
City, State: San Francisco, CA
Account Number: 6752518743
Title of Account: Business Checking

**Total**

## Chuck Fryberger Films

1425 W. 13th Ave
Denver, CO 80204

Phone #  303-825-0366  Chuck@ChuckFryberger.com
www.chuckfryberger.com

| Date | Invoice # |
|---|---|
| 11/30/2012 | 985 |

**Bill To**

Trip Television
Kulin Strimbu
7200 S Alton Way #A198
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Finished Minutes | 1.88 | Project # APPL-003-C Marina Ixtapa Golf Course | 100.00 | 188.00 |
| Finished Minutes | 1.93 | Project # APPL-008-A Brand Overview | 100.00 | 193.00 |
| Finished Minutes | 1.02 | Project # APPL-008-A Food and Beverage | 100.00 | 102.00 |
| Finished Minutes | 1.1 | Project # APPL-008-A Nightlife | 100.00 | 110.00 |
| Finished Minutes | 1.95 | Project # APPL-008-B Apple Overview | 100.00 | 195.00 |
| Finished Minutes | 1.83 | Project # APPL-008-B Brand Overview | 100.00 | 183.00 |
| Finished Minutes | 1.08 | Project # APPL-008-B Teen Club | 100.00 | 108.00 |
| Finished Minutes | 2.1 | Project # APPL-008-C Apple Overview | 100.00 | 210.00 |
| Finished Minutes | 2.12 | Project # APPL-008-C Brand Overview | 100.00 | 212.00 |
| Finished Minutes | 0.95 | Project # APPL-008-C Family Experience | 100.00 | 95.00 |
| Finished Minutes | 0.98 | Project # APPL-008-C Shopping | 100.00 | 98.00 |
| Finished Minutes | 0.97 | Project # APPL-008-C Spa | 100.00 | 97.00 |
| Finished Minutes | 1.65 | Project # APPL-013 Chukka Jeep Tour | 100.00 | 165.00 |
| Finished Minutes | 1.65 | Project # APPL-013 Chukka Ziplining | 100.00 | 165.00 |
| Finished Minutes | 1.9 | Project # ASTO-001 A Waikiki Beach Hotel | 100.00 | 190.00 |
| Finished Minutes | 1.77 | Project # ASTO-001 B Aston Waikiki Circle | 100.00 | 177.00 |
| Finished Minutes | 2.1 | Project # ASTO-001 C Recreation Deck | 100.00 | 210.00 |
| Finished Minutes | 1.47 | Project # ASTO-001 E Hawaii at a personal pace | 100.00 | 147.00 |
| Finished Minutes | 2.1 | Project # ASTO-001 G Something for Everyone | 100.00 | 210.00 |
| Finished Minutes | 2.02 | Project # ASTO-001-H A Walk Along Kaanapali | 100.00 | 202.00 |
| Finished Minutes | 1.88 | Project # ASTO-001-I Studio to Penthouse | 100.00 | 188.00 |
| Finished Minutes | 19.5 | Project # APPL-015 Iberostar General, Ibero Gran Paraiso, Bahia, Dreams, Secrets, Now, Puerto Vallarta, Riviera Nayarit, Ixtapa, Huatulco, Nat Geo, Weddings, Aloha Wedding Planners | 100.00 | 1,950.00 |

International:
Wire Routing Transit Number: 121000248
SWIFT Code: WFBIUS6S
Bank Name: Wells Fargo Bank
City, State: San Francisco, CA
 count Number: 6752518743
 itle of Account: Business Checking

| Total | USD 37,681.00 |
|---|---|

# Chuck Fryberger Films

1425 W. 13th Ave  
Denver, CO 80204

Phone # 303-825-0366  Chuck@ChuckFryberger.com  
www.chuckfryberger.com

| Date | Invoice # |
|---|---|
| 12/31/2012 | 988 |

**Bill To**  
Trip Television  
Kulin Strimbu  
7200 S Alton Way #A198  
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Trip TV Post Production | 1 | Monthly Retainer - Tier 1 | 16,000.00 | 16,000.00 |
| Production Services | 15 | Days shooting with CFF crew in Panama / Costa Rica | 400.00 | 6,000.00 |
| Travel Expenses | 1 | Marriott Guanacaste Crew Expense | 814.81 | 814.81 |
| Travel Expenses | 1 | Mariott Guanacaste food / airport food / travel expenses Costa Rica | 362.60 | 362.60 |
| .eproduction Services | 40 | Preproduction and planning for January Costa Rica / Trump filming trip | 20.00 | 800.00 |
| Finished Minutes | 1.13 | Project # APPL 003-B Sunset Cruise | 50.00 | 56.50 |
| Finished Minutes | 1.33 | Project # APPL 003-B Jet Ski Tour | 50.00 | 66.50 |
| Finished Minutes | 1.97 | Project # AQUA 001-A Aqua Palms Waikiki 2 min overview | 50.00 | 98.50 |
| Finished Minutes | 1.1 | Project # AQUA 001-A 1 Minute Overview | 50.00 | 55.00 |
| Finished Minutes | 2.15 | Project # AQUA 001-B Aqua Ilikai Hotel and Suites 2 min overview | 50.00 | 107.50 |
| Finished Minutes | 1.15 | Project # AQUA 001-B 1 Minute Overview | 50.00 | 57.50 |
| Finished Minutes | 1.87 | Project # AQUA 001-C Aqua Aloha Surf 2 min overview | 50.00 | 93.50 |
| Finished Minutes | 1.13 | Project # AQUA 001-C 1 Minute Overview | 50.00 | 56.50 |
| Finished Minutes | 1.87 | Project # AQUA 001-D Aqua Waikiki Wave 2 min overview | 50.00 | 93.50 |
| Finished Minutes | 1.2 | Project # AQUA 001-D 1 minute overview | 50.00 | 60.00 |
| Finished Minutes | 0.92 | Project # APPL 002-F Spa Weddings | 50.00 | 46.00 |
| Finished Minutes | 1.52 | Project # APPL-013 Mayfield Falls | 50.00 | 76.00 |
| Finished Minutes | 1.82 | Project # APPL-013 Mystic Mountain | 50.00 | 91.00 |
| Finished Minutes | 1.48 | Project # APPL-013 Rick's Cafe | 50.00 | 74.00 |
| Finished Minutes | 1.58 | Project # APPL-013 Dreamer Catamaran Cruises | 50.00 | 79.00 |
| Finished Minutes | 9.75 | Project # APPL-015 (graphics change) | 50.00 | 487.50 |

International:  
Wire Routing Transit Number: 121000248  
SWIFT Code: WFBIUS6S  
Bank Name: Wells Fargo Bank  
City, State: San Francisco, CA  
 count Number: 6752518743  
 itle of Account: Business Checking

| Total | USD 25,575.91 |
|---|---|

# Chuck Fryberger Films

1425 W. 13th Ave
Denver, CO 80204

Phone # 303-825-0366  Chuck@ChuckFryberger.com
www.chuckfryberger.com

| Date | Invoice # |
|---|---|
| 1/28/2013 | 1003 |

**Bill To**

Trip Television
Kulin Strimbu
7200 S Alton Way #A198
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Trip TV Post Production | 1 | Post Production services for Trip TV - Monthly Retainer - Tier 2 | 18,000.00 | 18,000.00 |
| Travel Expenses | 1 | Petty Cash for Nick Owen - disbursed Jan 7 | 300.00 | 300.00 |
| Travel Expenses | 3 | Copa Aeropuerto Panama Baggage Charge from Jes Dory / Chris Anthony Panama / CR trip | 374.50 | 1,123.50 |
| Travel Expenses | 1 | Airport Carts - Nick Owen 1/11/13 | 25.00 | 25.00 |
| Travel Expenses | 1 | Airport Parking Jan 7 - nick owen | 8.00 | 8.00 |
| Travel Expenses | 1 | Radison Expenses | 419.33 | 419.33 |
| Travel Expenses | 1 | United Airlines Expenses 1/19/2013 | 716.00 | 716.00 |
| Studio Hours | 3 | Computer maintenance on Trip Servers (Fernando from iComputer) | 50.00 | 150.00 |
| Production Services | 9 | Days shooting with full CFF Crew and Red Epic in Panama - Nick, Nelson, Dan Gambino | 400.00 | 3,600.00 |
| Finished Minutes | 2 | Project # APPL-003-B Three Levels of Huatulco | 100.00 | 200.00 |
| Finished Minutes | 1.67 | Project # APPL-003-B Coffee Plantation and Waterfall Tour | 100.00 | 167.00 |
| Finished Minutes | 1.9 | Project # APPL-004-D Ixtapa Activities | 100.00 | 190.00 |
| Finished Minutes | 1.7 | Project # APPL-004-D Ixtapa Animal Encounters | 100.00 | 170.00 |
| Finished Minutes | 1.83 | Project # APPL-005-I Dining Experience | 100.00 | 183.00 |
| Finished Minutes | 1.78 | Project # APPL-005-I Spa Yhi | 100.00 | 178.00 |
| Finished Minutes | 1.83 | Project # APPL-005-K Dining Experience | 100.00 | 183.00 |
| Finished Minutes | 1.78 | Project # APPL-005-K Spa - Yhi | 100.00 | 178.00 |
| Finished Minutes | 1.13 | Project # APPL-008-E Fitness / Activities | 100.00 | 113.00 |
| Finished Minutes | 2.2 | Project # APPL-008-F Apple Overview | 100.00 | 220.00 |
| Finished Minutes | 2.23 | Project # APPL-008-F Brand Overview | 100.00 | 223.00 |
| Finished Minutes | 0.92 | Project # APPL-008-F Nightlife | 100.00 | 92.00 |
| Finished Minutes | 2.1 | Project # APPL-008-H Apple Overview | 100.00 | 210.00 |
| Finished Minutes | 2.05 | Project # APPL-008-H Brand Overview | 100.00 | 205.00 |

International:
Wire Routing Transit Number: 121000248
SWIFT Code: WFBIUS6S
Bank Name: Wells Fargo Bank
City, State: San Francisco, CA
Account Number: 6752518743
Title of Account: Business Checking

**Total**

Page 1

# Chuck Fryberger Films

1425 W. 13th Ave
Denver, CO 80204

Phone #  303-825-0366   Chuck@ChuckFryberger.com
www.chuckfryberger.com

| Date | Invoice # |
|---|---|
| 1/28/2013 | 1003 |

**Bill To**

Trip Television
Kulin Strimbu
7200 S Alton Way #A198
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Finished Minutes | 1.2 | Project # APPL-008-H Family Experience | 100.00 | 120.00 |
| Finished Minutes | 1.25 | Project # APPL-008-H Activities | 100.00 | 125.00 |
| Finished Minutes | 1.33 | Project # APPL-008-I Activities | 100.00 | 133.00 |
| Finished Minutes | 2.07 | Project # APPL-011-A Apple Overview | 100.00 | 207.00 |
| Finished Minutes | 1.93 | Project # APPL-011-A Brand Overview | 100.00 | 193.00 |
| Finished Minutes | 1.08 | Project # APPL-011-A Spa | 100.00 | 108.00 |
| Finished Minutes | 1.12 | Project # APPL-011-A Golf | 100.00 | 112.00 |
| Finished Minutes | 2.13 | Project # APPL-011-B Apple Overview | 100.00 | 213.00 |
| Finished Minutes | 2.23 | Project # APPL-011-B Brand Overview | 100.00 | 223.00 |
| Finished Minutes | 1.2 | Project # APPL-011-B Weddings | 100.00 | 120.00 |
| Finished Minutes | 1.17 | Project # APPL-011-C Spa | 100.00 | 117.00 |
| Finished Minutes | 1.2 | Project # APPL-011-C Weddings | 100.00 | 120.00 |
| Finished Minutes | 2.08 | Project # APPL-011-D Apple Overview | 100.00 | 208.00 |
| Finished Minutes | 1.25 | Project # APPL-011-D Spa | 100.00 | 125.00 |
| Finished Minutes | 1.1 | Project # APPL-011-D Exclusive Deluxe Wing | 100.00 | 110.00 |
| Finished Minutes | 1.17 | Project # APPL-011-D Activities | 100.00 | 117.00 |
| Finished Minutes | 1.45 | Project # APPL-012-A Jamaican Adventures | 100.00 | 145.00 |
| Finished Minutes | 1.67 | Project # APPL-012-B Jamaica, The cultural experience | 100.00 | 167.00 |
| Finished Minutes | 1.67 | Project # APPL-012-C Waters of Jamaica | 100.00 | 167.00 |
| Finished Minutes | 2.03 | Project # APPL-013 Bamboo River Adventure | 100.00 | 203.00 |
| Finished Minutes | 1.2 | Project # APPL-013 Cinnamon Hill Golf Course | 100.00 | 120.00 |
| Finished Minutes | 0.57 | Project # APPL-016-A Brand overview cut-down | 100.00 | 57.00 |
| Finished Minutes | 2.1 | Project # APPL-016-H Apple Overview | 100.00 | 210.00 |
| Finished Minutes | 1.38 | Project # APPL-016-H Dining | 100.00 | 138.00 |
| Finished Minutes | 0.55 | Project # APPL-016-H Brand Overview :30 cut-down | 100.00 | 55.00 |
| Finished Minutes | 1.3 | Project # APPL-016-H Spa | 100.00 | 130.00 |
| Finished Minutes | 1.1 | Project # APPL-016-H Accommodations | 100.00 | 110.00 |
| Finished Minutes | 2.15 | Project # APPL-016-I Apple Overview | 100.00 | 215.00 |
| Finished Minutes | 1.25 | Project # APPL-016-I Romance-Weddings | 100.00 | 125.00 |
| Finished Minutes | 1.1 | Project # APPL-016-I Spa | 100.00 | 110.00 |

International:
Wire Routing Transit Number: 121000248
SWIFT Code: WFBIUS6S
Bank Name: Wells Fargo Bank
City, State: San Francisco, CA
 ccount Number: 6752518743
 tle of Account: Business Checking

**Total**

# Chuck Fryberger Films

1425 W. 13th Ave  
Denver, CO 80204

Phone #   303-825-0366   Chuck@ChuckFryberger.com  
www.chuckfryberger.com

| Date | Invoice # |
|---|---|
| 1/28/2013 | 1003 |

**Bill To**

Trip Television  
Kulin Strimbu  
7200 S Alton Way #A198  
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Finished Minutes | 1.13 | Project # APPL-016-I Accommodations | 100.00 | 113.00 |
| Finished Minutes | 1.22 | Project # APPL-016-I Preferred Club | 100.00 | 122.00 |
| Finished Minutes | 1.32 | Project # APPL-016-J Entertainment | 100.00 | 132.00 |
| Finished Minutes | 1.1 | Project # APPL-016-J Spa | 100.00 | 110.00 |
| Finished Minutes | 1.12 | Project # APPL-016-J Accommodations | 100.00 | 112.00 |
| Finished Minutes | 2.17 | Project # APPL-008-I Apple Overview | 100.00 | 217.00 |

International:  
Wire Routing Transit Number: 121000248  
SWIFT Code: WFBIUS6S  
Bank Name: Wells Fargo Bank  
City, State: San Francisco, CA  
Account Number: 6752518743  
Title of Account: Business Checking

| Total | USD 31,962.83 |
|---|---|

# Chuck Fryberger Films

1425 W. 13th Ave
Denver, CO 80204

Phone #  303-825-0366  Chuck@ChuckFryberger.com
www.chuckfryberger.com

| Date | Invoice # |
|---|---|
| 2/28/2013 | 1008 |

**Bill To**

Trip Television
Kulin Strimbu
7200 S Alton Way #A198
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Trip TV Post Production | 1 | Post Production services for Trip TV - Monthly Retainer at Tier II | 18,000.00 | 18,000.00 |
| Finished Minutes | 1.95 | Project # APPL-002-E Apple Overview | 100.00 | 195.00 |
| Finished Minutes | 2.05 | Project # APPL-002-E Property Overview | 100.00 | 205.00 |
| Finished Minutes | 1.43 | Project # APPL-003-B 7 Bays Cruise | 100.00 | 143.00 |
| Finished Minutes | 1.47 | Project # APPL-005-E Activities / Spa | 100.00 | 147.00 |
| Finished Minutes | 1.35 | Project # APPL-005-F Activities / Spa | 100.00 | 135.00 |
| Finished Minutes | 2.23 | Project # APPL-005-G Apple Overview | 100.00 | 223.00 |
| Finished Minutes | 2.25 | Project # APPL-005-G Property Overview | 100.00 | 225.00 |
| Finished Minutes | 0.9 | Project # APPL-005-G Spa | 100.00 | 90.00 |
| Finished Minutes | 2.37 | Project # APPL-005-H Apple Overview | 100.00 | 237.00 |
| Finished Minutes | 2.14 | Project # APPL-005-H Property Overview | 100.00 | 214.00 |
| Finished Minutes | 2.05 | Project # APPL-008-G Brand Overview | 100.00 | 205.00 |
| Finished Minutes | 1.2 | Project # APPL-008-G Family Activities | 100.00 | 120.00 |
| Finished Minutes | 1.17 | Project # APPL-011-E Spa | 100.00 | 117.00 |
| Finished Minutes | 1.23 | Project # APPL-011-E Activities and Entertainment | 100.00 | 123.00 |
| Finished Minutes | 1.13 | Project # APPL-011-E Weddings | 100.00 | 113.00 |
| Finished Minutes | 2.1 | Project # APPL-011-F Apple Overview | 100.00 | 210.00 |
| Finished Minutes | 1.17 | Project # APPL-011-F Spa | 100.00 | 117.00 |
| Finished Minutes | 1.23 | Project # APPL-011-F Activities and Entertainment | 100.00 | 123.00 |
| Finished Minutes | 1.13 | Project # APPL-011-F Weddings | 100.00 | 113.00 |
| Finished Minutes | 1.95 | Project # ASTO-001-D Welcome to Maui Hill with Dennis Costa | 100.00 | 195.00 |
| Finished Minutes | 1.85 | Project # ASTO-001-F Guest and Dramatic Reviews | 100.00 | 185.00 |
| Finished Minutes | 2.25 | Project # APPL-016-A Apple Overview | 100.00 | 225.00 |
| Finished Minutes | 2.02 | Project # APPL-016-E Apple Overview | 100.00 | 202.00 |
| Finished Minutes | 0.68 | Project # APPL-016-E Brand Overview Cut-down | 100.00 | 68.00 |
| Finished Minutes | 1.28 | Project # APPL-016-E Weddings and Honeymoons | 100.00 | 128.00 |
| Finished Minutes | 1.18 | Project # APPL-016-E Spa | 100.00 | 118.00 |

International:
Wire Routing Transit Number: 121000248
SWIFT Code: WFBIUS6S
Bank Name: Wells Fargo Bank
City, State: San Francisco, CA
  Account Number: 6752518743
Title of Account: Business Checking

**Total**

# Chuck Fryberger Films

1425 W. 13th Ave
Denver, CO 80204

Phone #   303-825-0366   Chuck@ChuckFryberger.com
www.chuckfryberger.com

| Date | Invoice # |
|---|---|
| 2/28/2013 | 1008 |

### Bill To
Trip Television
Kulin Strimbu
7200 S Alton Way #A198
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Finished Minutes | 1.28 | Project # APPL-016-E Night Experience | 100.00 | 128.00 |
| Finished Minutes | 2.17 | Project # APPL-016-J Apple Overview | 100.00 | 217.00 |
| Finished Minutes | 2.08 | Project # APPL-016-K Apple Overview | 100.00 | 208.00 |
| Finished Minutes | 1.1 | Project # APPL-016-K Activities and Excursions | 100.00 | 110.00 |
| Finished Minutes | 1.1 | Project # APPL-016-K Spa | 100.00 | 110.00 |
| Finished Minutes | 1.23 | Project # APPL-016-K Restaurants | 100.00 | 123.00 |
| Finished Minutes | 2.03 | Project # APPL-016-L Apple Overview | 100.00 | 203.00 |
| Finished Minutes | 1.17 | Project # APPL-016-L Beach and Activities | 100.00 | 117.00 |
| Finished Minutes | 1.05 | Project # APPL-016-L Spa | 100.00 | 105.00 |
| Finished Minutes | 1.18 | Project # APPL-016-L Accommodations | 100.00 | 118.00 |
| Finished Minutes | 2.08 | Project # APPL-016-M Apple Overview | 100.00 | 208.00 |
| Finished Minutes | 1.48 | Project # APPL-016-M Spa | 100.00 | 148.00 |
| Finished Minutes | 1.27 | Project # APPL-016-M Health and Fitness | 100.00 | 127.00 |
| Finished Minutes | 0.7 | Project # APPL-016-M Brand Overview :30 | 100.00 | 70.00 |
| Finished Minutes | 1.47 | Project # APPL-016-M Dining | 100.00 | 147.00 |
| Finished Minutes | 1.87 | Project # APPL-019-A Hard Rock Panama | 100.00 | 187.00 |
| Finished Minutes | 2.1 | Project # APPL-019-B Royal Decameron Golf and Villas | 100.00 | 210.00 |
| Finished Minutes | 1.98 | Project # APPL-019-C Radison Decapolis | 100.00 | 198.00 |
| Finished Minutes | 0.93 | Project # APPL-022-A Aqua Aloha Surf - property overview - Apple branded | 100.00 | 93.00 |
| Finished Minutes | 1.07 | Project # APPL-022-B Aqua Ilikai - Apple Branded | 100.00 | 107.00 |
| Finished Minutes | 1 | Project # APPL-022-C Aqua Palms Waikiki | 100.00 | 100.00 |
| Finished Minutes | 0.93 | Project # APPL-022-D Aqua Waikiki Wave- Apple Branded | 100.00 | 93.00 |

International:
Wire Routing Transit Number: 121000248
SWIFT Code: WFBIUS6S
Bank Name: Wells Fargo Bank
City, State: San Francisco, CA
 ccount Number: 6752518743
 tle of Account: Business Checking

**Total**  USD 25,303.00

# Chuck Fryberger Films

1425 W. 13th Ave
Denver, CO 80204

Phone # 303-825-0366  Chuck@ChuckFryberger.com
www.chuckfryberger.com

| Date | Invoice # |
|---|---|
| 3/29/2013 | 1017 |

**Bill To**

Trip Television
Kulin Strimbu
7200 S Alton Way #A198
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Trip TV Post Production | 1 | Post Production services for Trip TV - Monthly retainer - tier 2 | 18,000.00 | 18,000.00 |
| Production Services | 7 | Shooting days with Nick Owen and Red Epic in Mexico | 133.00 | 931.00 |
| nished Minutes | 16 | Unfinished Projects, noted on TTV Project Spreadsheet as such. 32 videos at 1/2 of one minute | 100.00 | 1,600.00 |
| Finished Minutes | 8.56 | Project # APPL-005-B Iberostar Paraiso Lindo (6 videos) | 100.00 | 856.00 |
| Finished Minutes | 9.46 | Project # APPL-005-C Iberostar Paraiso Maya (6 videos) | 100.00 | 946.00 |
| Finished Minutes | 2.05 | Project # APPL-003-B Copalita Arch Tour | 100.00 | 205.00 |
| Finished Minutes | 2.27 | Project # APPL-005-D Apple Overview | 100.00 | 227.00 |
| Finished Minutes | 1.68 | Project # APPL-005-D Weddings and Romance | 100.00 | 168.00 |
| Finished Minutes | 1.37 | Project # APPL-005-D Dining Feature | 100.00 | 137.00 |
| Finished Minutes | 1.6 | Project # APPL-005-D Accommodations | 100.00 | 160.00 |
| Finished Minutes | 1.7 | Project # APPL-005-D Iberostar Complex | 100.00 | 170.00 |
| Finished Minutes | 1.05 | Project # APPL-005-D Spa Feature | 100.00 | 105.00 |
| Finished Minutes | 2.2 | Project # APPL-005-E Apple Overview | 100.00 | 220.00 |
| Finished Minutes | 1.22 | Project # APPL-005-E Accommodations | 100.00 | 122.00 |
| Finished Minutes | 1.35 | Project # APPL-005-H Spa | 100.00 | 135.00 |
| Finished Minutes | 1.08 | Project # APPL-005-H Preferred Club | 100.00 | 108.00 |
| Finished Minutes | 1.55 | Project # APPL-005-H Family Experience | 100.00 | 155.00 |
| Finished Minutes | 2.2 | Project # APPL-005-I Apple Overview | 100.00 | 220.00 |
| Finished Minutes | 1.48 | Project # APPL-005-I Family Luxury Feature | 100.00 | 148.00 |
| Finished Minutes | 1.1 | Project # APPL-005-I Accommodations 'All Suites' | 100.00 | 110.00 |
| Finished Minutes | 2.27 | Project # APPL-005-K Apple Overview | 100.00 | 227.00 |
| Finished Minutes | 1.62 | Project # APPL-005-K Luxury Features | 100.00 | 162.00 |
| Finished Minutes | 1.2 | Project # APPL-008-B Activities | 100.00 | 120.00 |

International:
Wire Routing Transit Number: 121000248
SWIFT Code: WFBIUS6S
Bank Name: Wells Fargo Bank
City, State: San Francisco, CA
 count Number: 6752518743
Title of Account: Business Checking

**Total**

# Chuck Fryberger Films

1425 W. 13th Ave
Denver, CO 80204

Phone # 303-825-0366  Chuck@ChuckFryberger.com
www.chuckfryberger.com

| Date | Invoice # |
|---|---|
| 3/29/2013 | 1017 |

**Bill To**

Trip Television
Kulin Strimbu
7200 S Alton Way #A198
Centennial, CO 80112

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Finished Minutes | 1.02 | Project # APPL-008-D Food and Beverage | 100.00 | 102.00 |
| Finished Minutes | 1.02 | Project # APPL-008-D Spa | 100.00 | 102.00 |
| Finished Minutes | 1.83 | Project # APPL-008-E Apple Overview | 100.00 | 183.00 |
| Finished Minutes | 1.97 | Project # APPL-008-E Brand Overview | 100.00 | 197.00 |
| Finished Minutes | 0.93 | Project # APPL-008-E Spa | 100.00 | 93.00 |
| Finished Minutes | 0.94 | Project # APPL-008-F Preferred Experience | 100.00 | 94.00 |
| Finished Minutes | 1.93 | Project # APPL-008-G Apple Overview | 100.00 | 193.00 |
| Finished Minutes | 1.1 | Project # APPL-008-I Food and Beverage | 100.00 | 110.00 |
| Finished Minutes | 1 | Project # APPL-008-I Spa | 100.00 | 100.00 |
| Finished Minutes | 1 | Project # APPL-008-I Family | 100.00 | 100.00 |
| Finished Minutes | 1 | Project # APPL-008-I Nightlife | 100.00 | 100.00 |
| Finished Minutes | 1.9 | Project # APPL-008-J Apple Overview | 100.00 | 190.00 |
| Finished Minutes | 1 | Project # APPL-008-J Activities | 100.00 | 100.00 |
| Finished Minutes | 1.12 | Project # APPL-008-J Nightlife | 100.00 | 112.00 |
| Finished Minutes | 2.07 | Project # APPL-008-K Apple Overview | 100.00 | 207.00 |
| Finished Minutes | 1.1 | Project # APPL-008-K Golf | 100.00 | 110.00 |
| Finished Minutes | 1.08 | Project # APPL-008-K Nightlife | 100.00 | 108.00 |
| Finished Minutes | 1.17 | Project # APPL-011-B Spa | 100.00 | 117.00 |
| Finished Minutes | 1.6 | Project # APPL-016-A Dolphin Experience | 100.00 | 160.00 |
| Finished Minutes | 1.52 | Project # APPL-016-A Dining | 100.00 | 152.00 |
| Finished Minutes | 7.77 | Project # APPL-016-F Secrets Silversands (6 videos total) | 100.00 | 777.00 |
| Finished Minutes | 1 | Project # AMS-001-B Aventuras Mayas / Delphinus | 100.00 | 100.00 |
| Finished Minutes | 1 | Project # AMS-001-C Captain Hook / Xplore | 100.00 | 100.00 |
| Finished Minutes | 1 | Project # AMS-001-D Xcaret / Royal Garrafon | 100.00 | 100.00 |
| Finished Minutes | 1 | Project # AMS-001-E Tulum Xtreme / Xel Ha | 100.00 | 100.00 |
| Finished Minutes | 1 | Project # AMS-001-F Selvatica / Chichen Itza | 100.00 | 100.00 |
| Finished Minutes | 7.63 | Project # AMS-002-A Amstar Branding on Excursion Videos (15.26 minutes total, GFX only - time counted as 1/2) | 100.00 | 763.00 |

International:
Wire Routing Transit Number: 121000248
SWIFT Code: WFBIUS6S
Bank Name: Wells Fargo Bank
City, State: San Francisco, CA
Account Number: 6752518743
Title of Account: Business Checking

| Total | USD 29,902.00 |
|---|---|