**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00363-NYW

CHARLES F. FRYBERGER d/b/a CHUCK
FRYBERGER FILMS,

      Plaintiff,

v.

TRIP TELEVISION, LLC., a Nevada limited liability
company;
KULIN STRIMBU, an individual,
ELIZABETH HOLD, an individual,
RICH MEDIA EXCHANGE, LLC, a Colorado
company,
APPLE VACATIONS, INC., a Delaware corporation,

      Defendant.

---

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

---

Entered By Magistrate Judge Nina Y. Wang

      IT IS ORDERED that a Scheduling Conference is hereby set for **May 11, 2015, at 10:30 a.m.** in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

      IT IS FURTHER ORDERED that the Parties shall complete and file the Pilot Program Consent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**May 4, 2015**

DATED: April 27, 2015                                          BY THE COURT:

                                                               s/Nina Y. Wang
                                                               United States Magistrate Judge