IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 15-cv-00363-MSK-NYW | Date: April 7, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| CHARLES F. FRYBERGER, doing business as Chuck Fryberger Films, | *Scott E. Brenner* <br> *William Carl Groh, III* |
| **Plaintiff,** | |
| v. | |
| TRIPTELEVISION, LLC, <br> KULIN STRIMBU, <br> ELIZABETH HOLT, <br> RICH MEDIA EXCHANGE, LLC, <br> APPLE VACATIONS, LLC, | *Troy Robert Rackham* <br> *Andrew David Ringel* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

Court in Session: 9:59 a.m.

Appearance of counsel. Ms. Kulin Strimbu appears with Mr. Rackham.

Discussion and argument held on Plaintiff's Motion to Compel TripTelevision, LLC to Respond to Plaintiff's First Set of Discovery Requests [52] filed February 12, 2016. Counsel for TripTelevision represents that discovery responses will be served today.

Plaintiff contends that the Motion to Compel is not moot due to the request for sanctions. Discussion and argument held regarding awarding attorney fees related to the Motion to Compel.

**ORDERED: Plaintiff's Motion to Compel TripTelevision, LLC to Respond to Plaintiff's First Set of Discovery Requests [52] is TAKEN UNDER ADVISEMENT.**

Discussion held regarding status of discovery to this point. Plaintiff has served an initial set of written discovery, and received responses from Apple Vacations, LLC. TripTelevision, LLC indicates that they shall respond today.

Discussion held regarding proposed Amended Scheduling Order [63] filed March 30, 2016.

Deadline for joinder of parties and amendment of pleadings: has passed.

Discovery cut-off: September 9, 2016.

Dispositive motion deadline: October 7, 2016.

All parties shall designate principal experts on or before: July 1, 2016.
All parties shall designate rebuttal experts on or before: August 12, 2016.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: 45 days prior to discovery cut-off.

**No further extensions of discovery will be permitted absent extraordinary circumstances.**

Parties should follow the practice standards of the presiding judge in all filings for this case.

**TRIAL** The Honorable Marcia S. Krieger will set Trial, Trial Preparation Conference and Final Pretrial Conference dates by minute order after dispositive motions are determined. If the dispositive motion deadline passes without dispositive motions being filed, the parties shall contact Chambers **within 10 days of the dispositive motion deadline** to request that a Final Pretrial Conference be set. Failure to contact Chambers within this time may result in the case being dismissed for failure to prosecute.

Parties are advised of informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.Colo.LCivR 7.1(a) in an effort to resolve the issues. If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is simple, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion, unless the court rules during the informal conference.

   Court in Recess:  10:18 a.m.          Hearing concluded.          Total time in Court: 00:19