**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover            Date: August 14, 2017
Court Reporter:   Terri Lindblom

Civil Action No. 15-cv-00363-MSK-STV

*Parties*:                                                                    *Counsel Appearing:*

CHARLES F. FRYBERGER, doing business as Chuck        Scott Brenner
Fryberger Films,                                                              T. Edward Williams

      Plaintiff,

v.

TRIP TELEVISION, LLC, a Nevada company;              Troy Rackman
KULIN STRIMBU;
RICH MEDIA EXCHANGE, LLC;
APPLE VACATIONS, LLC, a Delaware corporation,        Andrew Ringel

      Defendants.

## COURTROOM MINUTES

HEARING:    Law and Motion

**9:02 a.m.      Court in session.**

Trustee Lars Johnson appears by telephone.

The Court addresses the issues set forth in its Order at Doc. #142.

Statement from Trustee Lars Johnson as to status of the bankruptcy case.

Statement by plaintiff's counsel Brenner as to filings made despite the automatic stay issued by the Bankruptcy Court.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

Statement from counsel for Trip Television, Mr. Rackman and counsel Ringel on behalf of Apple Vacations.

Statement from counsel Williams, bankruptcy counsel for plaintiff Fryberger.

The Court advises the parties that this instant case cannot go forward against any defendant on any claim until the parties determine what authority they have under the bankruptcy code.

The parties concur to have the Court administratively close this case with leave to reopen it by motion when they determine how they can proceed based on the bankruptcy case.

**ORDER:** The case is administratively closed immediately with leave to reopen for the reasons set forth in the record.

**9:43 a.m.** **Court in recess.**

**Total Time: 41 minutes.**
**Hearing concluded.**