IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00363-MSK-STV

CHARLES F. FRYBERGER d/b/a CHUCK FRYBERGER FILMS,

    Plaintiff,

v.

TRIPTELEVISION, LLC, a Nevada company,
KULIN STRIMBU, an individual,
RICH MEDIA EXCHANGE LLC, a Colorado company,
APPLE VACATIONS, LLC, a Delaware Corporation;

    Defendants.

_____

**STIPULATION TO DISMISS CLAIMS AGAINST APPLE VACATIONS, LLC**
_____

The parties, through their undersigned counsel hereby stipulate and agree to dismissal with prejudice of all claims against Defendant Apple Vacations, LLC, under Fed. R. Civ. P. 41(a)(1), with each party to bear its or her own attorney fees connected with the dismissal of Defendant Apple Vacations, LLC.

Dated this 26th day of February 2021.


   /s Scott E. Brenner_____
Scott E. Brenner
Thomas P. Howard
THOMAS P. HOWARD, LLC
842 W South Boulder Rd., #100
Louisville, CO 80027
Tel. 303-665-9845

Fax. 303-665-9847
sbrenner@thowardlaw.com
thoward@thowardlaw.com
Attorneys for Plaintiff


___s/_ Conor P. Boyle (email authorization )_
Conor P. Boyle
Andrew D. Ringel
HALL & EVANS, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Tel:  (303) 628-3300
Facsimile:  (303) 628-3368
ringela@hallevans.com
boylec@hallevans.com
Attorneys for Defendant Apple Vacations, LLC


 /s Troy R. Rackham (email authorization )
Troy R. Rackham
Spencer Fane LLP.
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Tel. 303.839.3860
trackham@spencerfane.com
Attorney for Defendants Kulin Strimbu, and Rich Media Exchange, LLC