**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**  303-844-2527
Judge

November 1, 2021

TO: Jeffrey Colwell, Clerk

FROM: Judge Babcock                s/LTB

RE: Civil Action No. 15-cv-00363
Fryberger v. TripTelevision, LLC et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp