# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00363-MSK-STV

CHARLES F. FRYBERGER d/b/a
CHUCK FRYBERGER FILMS,

Plaintiff,

v.

TRIP TELEVISION, LLC, a Nevada company,
KULIN STRIMBU, an individual,
RICH MEDIA EXCHANGE, LLC, a Colorado company
APPLE VACATIONS, LLC, a Delaware corporation

Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to D.C.COLO.L.AttyR 5(b), attorney William C. Groh, III, formerly of the law firm of Thomas P. Howard, LLC ("Counsel"), moves the Court for the entry of an Order permitting Counsel to withdraw from further representation of Plaintiff, Charles F. Fryberger, in this proceeding. In support thereof, Mr. Groh states as follows:

1. The undersigned Counsel has left the firm of Thomas P. Howard, LLC.
2. Thomas P. Howard and Scott E. Brenner of Thomas P. Howard, LLC remain as counsel for Plaintiff.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order permitting his withdraw.

Respectfully Submitted,

/s/ William C. Groh, III
William C. Groh, III
Colo. Bar No. 43577
Robinson & Henry, P.C.
1805 Shea Center Dr., Suite 180
Highlands Ranch, CO 80129
Phone: 720-597-3660
Fax: 303-470-0620
Bill.groh@robinsonandhenry.com

Withdrawing Attorney for Plaintiff