IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00363-WJM-STV

CHARLES F. FRYBERGER d/b/a
CHUCK FRYBERGER FILMS,

    Plaintiff,

v.

TRIP TELEVISION, LLC, a Nevada company,
KULIN STRIMBU, an individual,
RICH MEDIA EXCHANGE, LLC, a Colorado company, and
APPLE VACATIONS, LLC, a Delaware corporation,

    Defendants.

## MOTION TO TURN OFF ELECTRONIC NOTICING

Pursuant to D.C.COLO.L.AttyR 5(b), attorney Vandana Koelsch, filed a Motion to Withdraw as Counsel for Plaintiff on September 21, 2020 (Dkt. No. 148). The court granted this request on January 14, 2021 (Dkt. No. 150). Accordingly, Ms. Koelsch no longer requires notice of electronic filings in this matter.

WHEREFORE, the undersigned counsel respectfully requests that the clerk of court turn off electronic notifications directed to Vandana Koelsch in this matter and remove her from the electronic certificate of mailing.

DATED this 2nd day of November 2021.

Respectfully submitted,

*s/ Vandana Koelsch*
Vandana Koelsch, Esq.
ALLEN VELLONE WOLF HELFRICH &
FACTOR P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202
Telephone: (303) 534-4499
vkoelsch@allen-vellone.com

***Former counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November 2021, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Yvonne M. Davis*