**PLAINTIFF'S LIST OF PROPOSED EXHIBITS**

CASE NO. 1:15-cv-00363-MSK-STV____ PLAINTIFF'S LIST: ☒ DEFENDANT'S LIST: ☐ THIRD PTY DEFTS. LIST: ☐

CASE CAPTION _Charles F. Fryberger_____ vs. _Kulin Strimbu and Rich Media_ _ DATE December 9, 2021

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Fryberger | "To Whom It May Concern" letter from Mr. Fryberger | | | | | | | |
| 2 | Fryberger | Agreements between TripTelevision and Fryberger | | | | | | | |
| 3 | Strimbu | Amended and Restated Operating Agreement of TripTelevision, LLC, TTV000070 - 000114 | | | | | | | |
| 4 | Fryberger | Cease and Desist Contacts to Apple Vacations | | | | | | | |
| 5 | Fryberger | CFF Videos for which TTV Has Not Paid Fryberger_02200 - 02202 | | | | | | | |
| 6 | Fryberger | Chuck Fryberger Films Invoices, TTV 000001 - 19 | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 7 | Strimbu | Copy of LinkedIn page | | | | | | | |
| 8 | Fryberger | Destination Video List, RME Supp 000001 - 000022 | | | | | | | |
| 9 | Fryberger | Email Chain Fryberger and TTV re:· Finance Charges | | | | | | | |
| 10 | Strimbu | Email Chain, top one dated 3/5/15, re: Follow Up, APPLE003949 - 3950 | | | | | | | |
| 11 | Strimbu | Email Chain, top one dated 4/1/14, re: CFF Claim on AVAC Videos, APPLE003771 – 3773 | | | | | | | |
| 12 | Fryberger | Email from Ms. Strimbu to Mr. Fryberger, 8/28/12 | | | | | | | |
| 13 | Strimbu | Email from Nichols to Lockhart, Re-Edited Riv Maya Videos APPLE003344 | | | | | | | |
| 14 | Strimbu | Email string, top one dated 1/25/2013 from | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Sandy Babin to Kulin Strimbu, APPLE002051 - 002065 |  |  |  |  |  |  |  |
| 15 | Strimbu | Email string, top one dated 11/20/2012 from Kulin Strimbu to Sarah Flook and Sandy Babin, APPLE001258 - 001262 |  |  |  |  |  |  |  |
| 16 | Strimbu | Email string, top one dated 11/20/2012 from Sandy Babin to Kulin Strimbu, APPLE001314 – 001319 |  |  |  |  |  |  |  |
| 17 | Strimbu | Email string, top one dated 3/10/2015 from Kulin Strimbu to Sandy Babin, APPLE003957 - 003960 |  |  |  |  |  |  |  |
| 18 | Strimbu | Email string, top one dated 3/26/2013 from Kulin Strimbu to Sandy Babin, APPLE002562 - 002565 |  |  |  |  |  |  |  |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Strimbu | Email string, top one dated 3/8/2013 from Ali Gerakaris to Thom Strimbu, APPLE002479 - 001480 | | | | | | | |
| 20 | Strimbu | Email string, top one dated 6/26/2013 from Kulin Strimbu to Sandra Babin, APPLE002903 - 002905 | | | | | | | |
| 21 | Strimbu | Email string, top one dated 9/24/2014 from Kulin Strimbu to Sandy Babin, APPLE003917 | | | | | | | |
| 22 | Fryberger | Exhibit C, Email from Mr. Fryberger to multiple recipients, 3/7/13, re:Timeline for the next weeks | | | | | | | |
| 23 | Fryberger | Exhibit D, Email from Mr. Fryberger to multiple recipients, 3/22/13 | | | | | | | |

Case 1:15-cv-00363-WJM-STV   Document 173-1   Filed 12/10/21   USDC Colorado   Page 5 of 9

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 24 | Fryberger | Fax Package from Mr. Beattie to Mr. Fryberger, 8/13/13 | | | | | | | |
| 25 | Fryberger | Finished minute report, TTVSupp2000163 - 2000184 | | | | | | | |
| 26 | Fryberger | Finished Videos produced by Fryberger | | | | | | | |
| 27 | Fryberger | Fryberger employment agreements | | | | | | | |
| 28 | Fryberger | Fryberger log sheet showing when infringing works were found online | | | | | | | |
| 29 | Fryberger | Fryberger Offers of employment | | | | | | | |
| 30 | Strimbu | Letter from Mr. Beattie to Ms. Ritter, 8/13/13, re: TripTelevision, LLC's Notice to | | | | | | | |
| 31 | Fryberger | Letter from Mr. Lemire to The Coryn Group II, LLC d/b/a Apple | | | | | | | |
| 32 | Strimbu | Master Service Agreement between | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | TripTelevision and AVW II (dba Apple Vacations),11/20/11, APPLE000010 - 15 | | | | | | | |
| 33 | Fryberger | Raw footage shot by Fryberger | | | | | | | |
| 34 | Strimbu | Rich Media Exchange Facebook page | | | | | | | |
| 35 | Strimbu | Rich Media Exchange Invoice, 9/1/14, APPLE003894 | | | | | | | |
| 36 | Strimbu | Rich Media Exchange Invoice,9/1/14, APPLE003894 | | | | | | | |
| 37 | Strimbu | Rich Media Exchange invoices to Apple Vacations | | | | | | | |
| 38 | Strimbu | Rich Media Exchange Profit and Loss January - December 2013 | | | | | | | |
| 39 | Strimbu | Rich Media Exchange, LLC Balance Sheet As of December 31, 2014, | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | RMEDocs000008 - 000009 |  |  |  |  |  |  |  |
| 40 | Strimbu | Rich Media Exchange, LLC Balance Sheet As of December 31, 2015, TTVBnkrSupp000162 - 000163 |  |  |  |  |  |  |  |
| 41 | Strimbu | Rich Media Exchange's P&L and Balance Sheets |  |  |  |  |  |  |  |
| 42 | Fryberger | Screen captures from Fryberger's video editing software |  |  |  |  |  |  |  |
| 43 | Fryberger | Screenshots from videos appearing on the Internet |  |  |  |  |  |  |  |
| 44 | Fryberger | Spreadsheet, Video Title, URL, Dates Accessed, Accessed by |  |  |  |  |  |  |  |
| 45 | Strimbu | Travel agent list, TTVSupp2000212 - 2000238 |  |  |  |  |  |  |  |
| 46 | Fryberger | Trip TV Edit Protocol |  |  |  |  |  |  |  |
| 47 | Strimbu | TripTelevision Account QuickReport, |  |  |  |  |  |  |  |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | TTVBankrSupp000273 |  |  |  |  |  |  |  |
| 48 | Strimbu | TripTelevision Account QuickReport, TTVSupp2000083 - 2000084 |  |  |  |  |  |  |  |
| 49 | Strimbu | TripTelevision invoices to Apple Vacations |  |  |  |  |  |  |  |
| 50 | Strimbu | TripTelevision Transaction Detail By Account |  |  |  |  |  |  |  |
| 51 | Strimbu | TripTelevision Vendor Balance Summary, TTV Bkrptcy 000181 |  |  |  |  |  |  |  |
| 52 | Strimbu | TripTelevision Vendor QuickReport January 2011 through December 2015, TTVBankrSupp000274 |  |  |  |  |  |  |  |
| 53 | Strimbu | TripTelevision's P&L and Balance Sheets |  |  |  |  |  |  |  |
| 54 | Fryberger | Vacations, 2/11/14, re: Copyright Violations |  |  |  |  |  |  |  |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Strimbu | Video Re-cuts, TTVSupp2000159 - 2000162 | | | | | | | |
| 56 | Strimbu | Videos on Screenlight, TTVSupp2000157 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |