## FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 15-cv-00363-WJM-ST    PLAINTIFF'S LIST: ☐    DEFENDANTS' LIST: ☒    THIRD PTY DEFTS. LIST: ☐

CASE CAPTION ___ CHARLES F. FRYBERGER d/b/a CHUCK FRYBERGER FILMS vs. RICH MEDIA EXCHANGE, LLC ET AL.

DATE: December 10, 2021___

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | Strimbu | Service Contract Dated July 17, 2012 | | | | | | | |
| B | Strimbu | Master Service Agreement, dated September 4, 2012 | | | | | | | |
| C | Strimbu | Master Service Agreement between TTV and AVW II (dba Apple Vacations), dated November 20, 2011 | | | | | | | |
| D | Fryberger | Chuck Fryberger Films Invoices, TTV 000001 - 19 | | | | | | | |
| E | Strimbu | Spreadsheet, TTV 000021 - 24· | | | | | | | |
| F | Strimbu | ·Email from Ms. Babin to Ms. Strimbu, dated | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | August 30, 2013 (APPLE003161) | | | | | | | |
| G | Strimbu | Schedule A to Master Service Agreement, Revised Statement of Work between TTV and Apple Vacations, dated September 1, 2014 (APPLE000025 – 28) | | | | | | | |
| H | Fryberger | ·Trip TV Edit Protocol | | | | | | | |
| I | Fryberger | ·"To Whom It May Concern" letter·from Mr. Fryberger | | | | | | | |
| J | Fryberger | Complaint Filed 10/1/14· | | | | | | | |
| K | Fryberger | ·Civil Docket for Case No.·1:14-CV-02695-CBS | | | | | | | |
| L | Fryberger | ·Fax Package from Mr. Beattie to Mr. Fryberger, dated August 13, 2013 | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| M | Fryberger | Email Chain, top one dated·July 12, 2014 (Fryberger Dep. Ex. 46) | | | | | | | |
| N | Fryberger | Email Chain, top one dated·November 20, 2012 (Fryberger Dep. Ex. 47) | | | | | | | |
| O | Fryberger | Email from· Mr. Fryberger to multiple recipients, dated March 7, 2013 (Fryberger Dep. Ex. 50) | | | | | | | |
| P | Fryberger | Email from· Mr. Fryberger to multiple recipients, dated March 22, 2013 (Fryberger Dep. Ex. 51) | | | | | | | |
| Q | Fryberger | Spreadsheet, Video Title, URL,· Dates Accessed, Accessed by Whom (Depo. Ex. 2) | | | | | | | |
| R | Strimbu | ·Destination Video List,·RME | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | Supp 000001 – 000022 | | | | | | | |
| S | Strimbu | Travel agent list, TTVSupp2000212-2000238 | | | | | | | |
| T | Strimbu | ·Videos on Screenlight, TTVSupp2000157. | | | | | | | |
| U | Strimbu | ·Video Re-cuts, TTVSupp2000159 – 2000162 | | | | | | | |
| V | Strimbu | Bankruptcy Petition, Case No. 15-22647 | | | | | | | |
| W | Strimbu | Complaint in Case No. 15-22647 (ECF No. 147-2) | | | | | | | |
| X | Strimbu | Settlement Agreement and Release (ECF No. 147-3) | | | | | | | |
| Y | Strimbu | Trustee's Motion to Approve Settlement Agreement (ECF No. 147-4) | | | | | | | |