UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No.: 1:15-cv-00363-MSK-STV

CHARLES F. FRYBERGER d/b/a CHUCK FRYBERGER FILMS,

    Plaintiff,

v.

TRIPTELEVISION, LLC, a Nevada company,
KULIN STRIMBU, an individual,
ELIZABETH HOLT, an individual,
RICH MEDIA EXCHANGE, LLC, a Colorado company
APPLE VACATIONS, LLC, a Delaware Corporation,

    Defendants.

## STIPULATED NOTICE OF SETTLEMENT

Plaintiff Charles F. Fryberger and Defendants Kulin Strimbu and Rich Media Exchange, LLC (the remaining defendants in this action) hereby submit this Stipulated Notice of Settlement in accordance with Revised Practice Standard IV.C.

A settlement has been reached by all parties; in which a meeting of the minds has been reached as to all material terms of the settlement. The settlement will finally and fully resolve all remaining claims in this action.

The parties are working towards finalizing and executing documents for settlement.

Accordingly, the Parties request that the present deadlines with respect to the Final Trial Preparation Conference, the trial setting, and all deadlines triggered thereby (*e.g.*, submission of jury instructions, witness and exhibit lists, etc.), be vacated.

Respectfully submitted on October 7, 2022.

| | |
|---|---|
| */s Scott Brenner* | */s Authorized by email* |
| Scott E. Brenner | Troy R. Rackham |
| James Juo | Spencer Fane LLP. |
| Thomas P. Howard, LLC | 1700 Lincoln Street, Suite 2000 |
| 842 W South Boulder Rd., #100 | Denver, CO 80203 |
| Louisville, CO 80027 | 303.839.3860 |
| 303-665-9845 | trackham@spencerfane.com |
| sbrenner@thowardlaw.com | |
| jjuo@thowardlaw.com | Attorney for Defendants |
| | Kulin Strimbu, and |
| Counsel for Plaintiff | Rich Media Exchange, LLC |